UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MICHAEL KENNETH MOTES, JR.,**

    **Plaintiff,**

v.                                              Case No. 3:16-cv-468-MCR-CJK

**FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,**

    **Defendant.**

_____/

## **O R D E R**

This cause comes before the Court on consideration of the Magistrate Judge's Report and Recommendation dated September 6, 2017. ECF No. 19. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted. Accordingly, it is **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Respondent's Motion to Dismiss, ECF No. 15, is **GRANTED**;

3. The habeas petition, ECF No. 1, is **DISMISSED** with prejudice as untimely;

3. A certificate of appealability is **DENIED**; and

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** this 25th day of January, 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**